# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL P. RIZZO, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NUTANIX, INC. *et al.*, | : | No. 20-5140 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 31st day of March, 2021, upon consideration of Defendants' Motion to Dismiss (Doc. No. 10), Mr. Rizzo's Response in Opposition to the Motion (Doc. No. 17), Defendants' Supplemental Briefing Regarding the Statute of Limitations (Doc. No. 19), Mr. Rizzo's Supplemental Briefing Regarding the Statute of Limitations (Doc. No. 20), oral argument held on March 22, 2021, and the parties' post-argument submissions (Doc. Nos. 24, 25), it is **ORDERED** that Defendants' Motions to Dismiss (Doc. Nos. 10, 19) are **GRANTED**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**